429 A.2d 746

Semak et al., Appellants v. McCormick et al.

Argued November 14, 1979. Harry Stump, for appellants; John K. Lewis, for appellees.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Appeal dismissed.

429 A.2d 746

Strong, Appellant v. Gulf and Western et al.

Submitted September 13, 1979. George J. D'Ambrosio, for appellant; Ralph Kent, for Gulf and Western, appellee; and L. Jackson Thomas, II, for Lenape, appellee.

Before CERCONE, P. J., and WATKINS and LIPEZ, JJ.

Affirmed.